JOSH COLE AICKLEN
Nevada Bar No. 7254
Josh.Aicklen@lewisbrisbois.com
CHRISTY LYN M. GALLIHER
Nevada Bar No. 8460
Christy.Galliher@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants,
GEORGE F. DOLL, JUNIPER WOOD
TRANSPORT, LLC, A & A TRUCKING
COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALONDRA VENAE BUGGS, an individual, | Case No. 2:23-cv-00061-JCM-BNW |
| Plaintiff, | |
| v. | |
| GEORGE F. DOLL, an individual; JUNIPER WOODS TRANSPORT, LLC, a Limited Liability Company; A & A TRUCKING COMPANY LLC, a Limited Liability Company DOES I through XV, and ROE Corporations I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, ALONDRA VENAE BUGGS (hereinafter "Plaintiff"), by and through her counsel of record, Gina M. Corena, Esq. and Mahina Pourshaban, Esq. of GINA CORENA & ASSOCIATES, and Defendants, GEORGE F. DOLL, JUNIPER WOOD TRANSPORT, LLC, A & A TRUCKING COMPANY,

126073398.1

LLC (hereinafter collectively as "Defendants"), by and through their counsel of record, Josh Cole Aicklen, Esq. and Christy Lyn M. Galliher, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, that the above-entitled action shall be dismissed, with prejudice, in its entirety as to Defendants GEORGE F. DOLL, JUNIPER WOOD TRANSPORT, LLC, A & A TRUCKING COMPANY, LLC.

IT IS FURTHER STIPULATED AND AGREED that the parties shall bear their own attorneys' fees and costs.

DATED this 28th day of June, 2023.

GINA CORENA & ASSOCIATES

/s/ _____
GINA M. CORINA, ESQ.
Nevada Bar No. 10300
MAHINA POURSHABAN, ESQ.
Nevada Bar No. 13743
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Attorneys for Plaintiff
ALONDRA VENAE BUGGS

DATED this 5th day of July, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ _____
JOSH COLE AICKLEN
Nevada Bar No. 7254
CHRISTY LYN M. GALLIHER, ESQ.
Nevada Bar No. 8460
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants,
GEORGE F. DOLL, JUNIPER WOOD TRANSPORT, LLC, A & A TRUCKING COMPANY, LLC

///
///
///

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED** that the above-entitled action is DISMISSED WITH PREJUDICE in its entirety against Defendants, GEORGE F. DOLL, JUNIPER WOOD TRANSPORT, LLC, A & A TRUCKING COMPANY, LLC, each of the parties to bear their own attorneys' fees and costs.

DATED July 6, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
JOSH COLE AICKLEN
Nevada Bar No. 7254
CHRISTY LYN M. GALLIHER
Nevada Bar No. 8460
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
GEORGE F. DOLL, JUNIPER WOOD TRANSPORT, LLC, A & A TRUCKING COMPANY, LLC

126073398.1                                              3